**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6470**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

ARMANDO JIMENEZ TAGLE,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:12-cr-00295-MOC-DCK-1)

_____

Submitted: August 18, 2015      Decided: September 1, 2015

_____

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Armando Jimenez Tagle, Appellant Pro Se. Steven R. Kaufman, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Armando Jimenez Tagle appeals the district court's order denying without prejudice his motion to dismiss his criminal indictment, conviction, and sentence for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Tagle</u>, No. 3:12-cr-00295-MOC-DCK-1 (W.D.N.C. Mar. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

<u>AFFIRMED</u>